# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| AHMED ALAKLOUK | CASE NUMBER: 1:18-mj-0214 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about January 27, 2018 in Marion County, in the Southern District of Indiana, defendant, AHMED ALAKLOUK, then being an alien, did unlawfully possess in and affecting commerce, any firearm, including: an Archangel Model 5.97 .22 caliber rifle (Serial #C2683277) and a SCCY Model CPX-2 9mm handgun (Serial # 231773), in violation of Title 18 U.S.C. § 922(g)(5).

I further state that I am a special agent, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Matthew L. Hall
U.S. Department of Homeland Security
Homeland Security Investigations

**Sworn to before me, and subscribed in my presence**

March 7, 2018                                at     Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                **Signature of Judicial Officer**

# AFFIDAVIT

Your Affiant, Agent Matthew L. Hall, being duly sworn, declare and state:

1. I am a Special Agent with the U.S. Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been so employed since March of 2009. I am currently assigned as a Task Force Officer ("TFO") to the FBI's Joint Terrorism Task Force ("JTTF"). Prior to being hired by HSI, I was employed as a police officer and detective with the Indianapolis Metropolitan Police Department ("IMPD") from October 1996 to March 2009.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and in connection with my official duties as a Special Agent of HSI, I am responsible for conducting investigations into violations of the United States Code and other federal criminal statutes. I have specialized experience investigating immigration, financial crimes, fraud, narcotics trafficking, and firearms offenses as both "stand-alone" matters and in conjunction with national security investigations. I am specifically empowered under the laws of the United States to investigate violations of Federal firearms laws pertaining to the Gun Control Act of 1968, including violations of Title 18, United States Code, Section 922, possession of a firearm by a prohibited persons. My training and experience has involved, among other things: conducting surveillance, serving search and arrest warrants, interviewing witnesses, debriefing defendants, as well as identifying, gathering, and analyzing evidence.

3. In connection with my assignment to the JTTF I have received specialized training from the HSI Counter-Terrorism Section and the FBI/JTTF for national security and counter-terrorism related investigations. Based on my training and experience as an HSI agent

1

and a JTTF TFO I have become familiar with counter-terrorism investigations and the manner in which subjects radicalize themselves and others.

4. Based on my training and experience, I know that, with few exceptions, Title 18, United States Code, Section 922(g)(5) makes it unlawful for persons admitted to the United States on non-immigrant visas from possessing firearms or ammunition. For purposes of Title 18, United States Code, Section 922(g), a firearm is described as any weapon which will or is designed to expel a projectile by action of an explosive. *See* 18 U.S.C. § 921(a)(3).

5. I am conducting an investigation into allegations that Ahmed ALAKLOUK has violated several provisions of the U.S. Code, including Title 18, United States Code, Section 922(g)(5)(alien in possession of firearm or ammunition). Specifically, my investigation has determined that on or about January 27, 2018, ALAKLOUK was unlawfully or illegally present in the United States and was in possession of two firearms and ammunition.

6. The statements in this affidavit are based on my investigation of this matter, as well as on the observations of other law enforcement agents and officers working with me, and other witnesses who were interviewed in connection with this investigation.

7. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Ahmed ALAKLOUK has committed violations of federal law, to include violations of Title 18, United States Code, Section 922(g)(5).

**PROBABLE CAUSE**

8. On January 20, 2018, at 3:00 a.m., a security officer at the Hyatt Regency in downtown Indianapolis received a call from the Hyatt Regency front desk manager alerting him

2

to the reported presence of firearms located in a vehicle at the hotel. The security officer, whose identity is known to your Affiant, responded to the vehicle and observed firearms on the front seat and back seat of the vehicle.

9. The vehicle was a black Chevrolet Avalanche. Hyatt Regency records revealed the vehicle belonged to a registered guest at the hotel named Ahmed ALAKLOUK.

10. Hyatt Regency Management instructed the security officer to contact IMPD. When IMPD officers arrived at the hotel they spoke with two Hyatt employees, who stated there was a Black Chevrolet Avalanche parked in valet parking that had handguns in the back seat and an AR-15-style rifle in the front seat. Officers went to the vehicle and observed an AR-15 sitting in between the front passenger seat and the middle console.

11. Officers then ran the Avalanche's Indiana plate, TK855NFH, through IMPD control and the plate came back registered to Ahmed Fakhri ALAKLOUK. While the license plate was registered to ALAKLOUK, IMPD officers noted that the BMV database indicated the license plate was supposed to be on a different vehicle.

12. IMPD officers ran ALAKLOUK for a gun permit and ALAKLOUK did not have a gun permit. ALAKLOUK also had an expired Indiana driver's license. While officers were investigating, ALAKLOUK exited the valet area and approached the IMPD officers. IMPD officers asked ALAKLOUK if the Chevrolet Avalanche was his and he stated yes. IMPD officers advised ALAKLOUK not to leave firearms in the open due to the amount of vehicle break ins that occur in the downtown Indianapolis area.

13. ALAKLOUK pulled the Chevrolet Avalanche keys from his pocket and unlocked the vehicle. ALAKLOUK removed the AR-15 from the passenger seat and placed it in the back seat of the Chevrolet Avalanche. When ALAKLOUK removed the firearms IMPD officers

3

noticed the AR-15 rifle was equipped with a scope, bipod, and a bumpstock. IMPD officers asked ALAKLOUK if the rifle had a bumpstock on it. ALAKLOUK said "it's fully tricked out." ALAKLOUK claimed that the rifle belonged to his father.

14. After speaking with the IMPD officers the hotel security officer contacted ALAKLOUK and advised him that he needed to secure the firearms either in the hotel safe or in his vehicle, but out of plain sight. ALAKLOUK told the security officer that he would secure the firearms out of sight in his vehicle.

15. At approximately 7:45 a.m. on January 20, 2018, Hyatt Regency management requested hotel security officers check to see if ALAKLOUK had secured the weapons in his vehicle. When the security officer approached the vehicle and looked through the window, the officer could observe what appeared to be an AR-15 rifle with a scope located between the passenger seat and the center console of the vehicle. Upon reporting those observations to hotel management, the security officer was instructed to contact IMPD and to remove ANAKLOUK from the hotel premises.

16. IMPD again responded to the Hyatt Regency and the security officer made contact with ALAKLOUK and two unidentified male subjects who were present in his room. The security officer advised ANAKLOUK that he would need to leave the hotel. ALAKLOUK left the property at 9:45 a.m.

17. Hyatt security relayed to IMPD the concern that later the same day, on January 20, 2018, the National Women's march was being held next to the Hyatt Regency and ALAKLOUK's hotel room overlooked the march gathering area. As previously indicated, ALAKLOUK was in possession of an AR-15 with a bipod, scope, and bumpstock on the rifle in his possession.

4

18. Several hours after the incident at the Hyatt Regency, several IMPD detectives located ALAKLOUK at Medo's Tire Shop located at 3546 West 16th street Indianapolis, Indiana. Detectives observed ALAKLOUK, and a man fitting the description of one of ALAKLOUK's associates from the hotel, working at the tire shop. The detectives conducted surveillance but ALAKLOUK never left the tire shop while surveillance units were there.

19. During the course of conducting surveillance, IMPD detectives observed ALAKLOUK's Black Chevrolet Avalanche located at Medo's Tire Shop. HSI Indianapolis conducted an open source check of Medo's Tire Shop and discovered that ALALOUK is reportedly the owner and operator of the business. Social media photos show ALAKLOUK at the business.

20. Following the incident at the hotel, HSI was contacted and began to investigate ALAKLOUK's immigration status and his eligibility to possess firearms under federal law.

21. As part of its investigation, HSI Indianapolis identified ALAKLOUK's father as Fakhri Hashim E. ALAKLOUK, a Saudia Arabian citizen. According to information received by your affiant, Fakhri Hashim E. ALAKLOUK left the United States almost a year ago on February 17, 2017, and has not returned. As Fakhri Hashim E. ALAKLOUK is not a United States citizen, nor did he have an immigration status at the time he was in the United States, he would not be permitted to possess a firearms under federal law, despite his son's assertion to IMPD that the AR-15 in the Chevy avalanche belonged to his father.

22. HSI then ran ALAKLOUK through their databases and found that ALAKLOUK is currently out of status. ALAKLOUK is a native of Tunisia and citizen of Saudi Arabia who last entered the United States on January 10, 2016, at Washington Dulles International Airport as an F1 Student. That visa status for ALAKLOUK was terminated on 09/18/2017 for "failure to

enroll." On September 18, 2017, ALAKLOUK was listed as a status violator violating Section 237(a)(1)(C)(i) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, he failed to maintain or comply with the conditions of the nonimmigrant status under which he was admitted. As noted above, on January 20, 2018, IMPD observed ALAKLOUK working at Medo Tire Shop, which he reportedly owns, in Indianapolis, Indiana. ALAKLOUK does not have work authorization and is in violation of Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, he remained in the United States for a time longer than permitted, in violation of the Act.

23. HSI Indianapolis further discovered ALAKLOUK was recently denied for the following adjustments and/or applications on January 18, 2018:

    a. Application for Travel Document  03-27-2017  - DENIAL NOTICE SENT  01-18-2018;

    b. Application for Employment Authorization  03-27-2017 - DENIAL NOTICE SENT  01-18-2018;

    c. Application To Register Permanent Residence or Adjust Status  03-27-2017 - DENIAL NOTICE SENT  01-18-2018;

    d. Application To Register Permanent Residence or Adjust Status  03-10-2017 - DENIAL NOTICE SENT  01-18-2018;

    e. Application for Employment Authorization  03-10-2017  IFA - DENIAL NOTICE SENT  01-18-2018;

24. ALAKLOUK is therefore currently out of status and is subject to removal from the United States by immigration authorities. As ALAKLOUK has no legal status in the United States, he is not permitted to possess firearms.

25. On January 23, 2018, IMPD detectives interviewed Hyatt Regency employees in reference to the incident on January 20, 2018. The Hyatt employees stated that the firearms

6

located in the back seat were black semi-automatic handguns. The security officers stated there were 6 handguns observed in ALAKLOUK's vehicle along with the AR-15 rifle. Hyatt security officers also gave detectives ALAKLOUK's reservation information. ALAKLOUK paid $197.00 in cash for the room. Hyatt management again voiced their concern to detectives about ALAKLOUK having so many weapons in his vehicle and his room overlooking the Women's March that occurred on January 20, 2018.

26. Hotel management also provided detectives with surveillance video from the Hyatt Regency which captured images of ALAKLOUK.

> a. One of the security videos shows ALAKLOUK driving a black Chevrolet Avalanche bearing Indiana license plate TK855NFH. ALAKLOUK parks in front of the valet parking attendant's area and exits the vehicle by himself.
>
> b. Another video shows ALAKLOUK and two other men getting in an elevator. These same two men were also seen getting in ALAKLOUK's vehicle after IMPD officers spoke with ALAKLOUK about the AR-15 rifle.

27. On January 27, 2018, Indianapolis Metropolitan Police Department officers were dispatched to ALAKLOUK's tire shop at 3546 West 16th Street, Indianapolis, Indiana, to investigate a disturbance involving a firearm.

28. Officers spoke with Sierra Morris who had called police to the scene. Morris said that she had purchased a tire from Medo's Tire Shop on January 26, 2018, and noticed it was not holding air. She returned to the shop with her father, Byron Morris, to check the tire. Employees checked the tire and told Byron Morris the tire was dry rotted and she would need to purchase a new tire. Byron Morris disagreed with the employees because they had just purchased the tire yesterday and it could not have dry rotted in one day. ALAKLOUK began arguing with Byron Morris about the tire. ALAKLOUK grabbed Byron Morris by the neck and forced him to the ground. Byron Morris started to get back up off the ground when

ALAKLOUK's employees, Jordan Wallace and Jeremy McClendon, surrounded Byron Morris. ALAKLOUK pulled a silver handgun from his clothing and WALLACE pulled a black handgun from his waistband and pointed it at Byron Morris. Sierra Morris feared for her father's safety and exited her vehicle with her own handgun. Sierra Morris fired a gun shot in the air to get ALAKLOUK, Wallace, and McClendon, away from her father. ALAKLOUK told Wallace and McClendon to not let them leave. ALAKLOUK ran into the tire shop and returned with an AR-15-style rifle. ALAKLOUK pointed the rifle at Sierra and Byron Morris. ALAKLOUK told Byron and Sierra Morris, "If you leave I'll fucking kill you."

29. ALAKLOUK then handed the rifle to Wallace and told him to "hold them here". ALAKLOUK then pointed the black pistol, at Sierra Morris who had started her car. Sierra Morris stated ALAKLOUK kicked her vehicle and kept stating he was going to kill her and her father. ALAKLOUK entered his truck and pulled in behind Sierra Morris's vehicle so they could not leave. ALAKLOUK exited his vehicle pointing a black pistol at Byron Morris and subsequently reached into Byron Morris's jacket pocket and grabbed Byron Morris's car keys. At that point, Sierra Morris called the police. ALAKLOUK continued to tell Byron and Sierra Morris that he would kill them if they left. When the police arrived, ALAKLOUK dropped the handgun to the ground.

30. Your Affiant, IMPD Detective Danny Wilkerson, and IMPD detective Matt Stevenson responded to 3546 West 16th Street, Indianapolis, Indiana, and spoke with responding officers. Your Affiant and IMPD Detective Wilkerson provided ALAKLOUK with a consent to search form and asked if he could read and understand the English language. ALAKLOUK stated he could and granted consent to search the property at 3546 West 16th Street Indianapolis, Indiana, and his vehicle, a black Chevrolet Avalanche. Officers located an AR-15-style,

Archangel, .22 caliber rifle with an attached scope and bipod located just inside the rear door of the tire shop. A silver pellet pistol that resembled a real 9mm semi-automatic handgun was located in the residence attached to the business. Upon recovering the black pistol that ALAKLOUK had placed on the ground when officers arrived, it was determined that the black pistol was also a pellet gun.

31. Later on January 28, 2018, your Affiant and IMPD Detective Wilkerson interviewed ALAKLOUK at IMPD Northwest Roll Call. ALAKLOUK was advised of his *Miranda* rights and he agreed to speak with investigators. Investigators asked ALAKLOUK about the incident that occurred earlier at the tire shop. ALAKLOUK stated he was speaking with Byron Morris about a tire when Byron Morris became angry and pushed him. ALAKLOUK stated he pushed Byron Morris down and Sierra Morris stepped out of the vehicle and fired a shot. ALAKLOUK stated he went to his Chevrolet Avalanche and grabbed his BB gun to scare Sierra Morris away. ALAKLOUK stated he moved his truck behind their car to block them from leaving. ALAKLOUK was asked about the rifle. ALAKLOUK stated he went into the tire shop and WALLACE gave him the rifle. ALAKLOUK stated he did hold it in his hands but denied pointing it at Byron and Sierra Morris. ALAKLOUK was asked if he pointed the BB gun at Byron and Sierra Morris and he said no. ALAKLOUK said he told Byron and Sierra Morris, "If you shoot me I'll shoot you dead." ALAKLOUK dropped the weapon when the police arrived.

32. ALAKLOUK said he had received the rifle for work done on tires on a customer's car. ALAKLOUK said he kept the rifle in his truck because his wife wouldn't want it in the house. ALAKLOUK said he took a photograph of the rifle with his cellphone and sent it

9

to a friend of his at the Saudi Arabian embassy to run the serial number to see if the rifle was involved in a homicide.

33. ALAKLOUK stated he was encountered by police at a Hyatt hotel with the rifle. ALAKLOUK told investigators that he lied to the police officers and said it was his father gave him the rifle from when he was in the Air Force. He said he had to lie because he was scared to get arrested. ALAKLOUK was asked if he was in the military and he said he was in the Saudi Arabian military but quit. He stated after he attended school he wanted to join the United States Air Force.

34. ALAKLOUK was asked if he had any other firearms and he said no. Investigators asked ALAKLOUK if he had any firearms at his residence near Southport Road in Indianapolis, Indiana, and he became visibly nervous and, and said, "No."

35. ALAKLOUK was asked about his status in the United States. ALAKLOUK stated he was a student. ALAKLOUK was advised he was illegally in the United States. ALAKLOUK was asked if had ever applied for a hunting license or a handgun permit and he stated no.

36. Officers then informed ALAKLOUK that officers had gone to his apartment and notified his wife that he had been arrested. ALAKLOUK was asked again if he had a firearm in the apartment, and he replied, "I don't have a gun registered to me at the house." Prior to the interview Detective Matt Stevenson had notified your Affiant that officers had recovered a pink 9mm handgun from the apartment. ALAKLOUK's wife, Amber Alaklouk, told investigators that ALAKLOUK brought home a pink and silver handgun in a gun box approximately two weeks earlier. Amber stated ALAKLOUK wanted her to have it for her protection when he wasn't around. ALAKLOUK told Amber he paid $300.00 for the gun. Amber noted that the gun

10

box "smelled like smoke" which made her think he bought it used and not at a gun store. The firearm is a SCCY CPX-2 9mm Pink/Silver semiautomatic handgun.

37. Your Affiant asked ALAKLOUK if there was a pink 9mm handgun at his apartment. ALAKLOUK said yes but it's not registered. ALAKLOUK said he bought the 9mm handgun from a white female named Chelsea online. ALAKLOUK said he paid $300.00 for the 9mm handgun approximately two weeks earlier at his business. ALAKLOUK stated he was working on Chelsea's vehicle and saw weapons in her vehicle. ALAKLOUK asked about purchasing a firearm from her. Chelsea told ALAKLOUK she sells firearms online. ALAKLOUK has Chelsea's contact information in his cellular phone. ALAKLOUK signed a consent form allowing investigators to search his phone.

38. ALAKLOUK was arrested and charged with criminal confinement and intimidation. HSI Indianapolis placed an immigration detainer on ALAKLOUK with the Marion County jail located in Indianapolis, Indiana.

## **CONCLUSION**

39.     Based on the foregoing, probable cause exists to believe Ahmed ALAKLOUK violated Title, 18 United States Code, Section 922 (g)(5) (unlawful possession of a firearm by an alien) for possessing an Archangel Model 5.97 .22 caliber rifle (Serial #C2683277) and a SCCY Model CPX-2 9mm handgun (Serial # 231773).

FURTHER AFFIANT SAYETH NOT.

_____
Matthew L. Hall, Special Agent
Department of Homeland Security
Homeland Security Investigations

Subscribed and sworn to before me this ___7th___ day of March, 2018.

_____
Hon. Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

12