UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
MAR 07 2018
U.S. MAGISTRATE JUDGE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| V. | ) CAUSE NO. 1:18-mj-0214 |
| AHMED ALAKLOUK, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(5) unlawful possession of a firearm by an alien | 0-10 years | $250,000. | NMT 3 years |

Dated: _____

_____
AHMED ALAKLOUK
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana