INSD 458 (Rev. 08/09)  Appearance of Counsel - Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-MJ-0214 |
| AHMED ALAKLOUK | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court and I appear in this case as counsel for:

AHMED ALAKLOUK,

in the capacity of:
- ☐ CJA Appointment
- ☐ Federal Community Defender
- ☒ Retained Attorney
- ☐ Other:_____(Please specify.)

Date: August 1, 2018

*Attorney's signature*

Robert W. Hammerle, #7424-49
*Printed name and bar number*

135 N. Pennsylvania St. #1610, Indianapolis, IN 46204
*Address*

rhammerle@hhlaw-in.com
*E-mail address*

317-636-5401
*Telephone number*

317-686-3288
*FAX number*